NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LINK_A_MEDIA DEVICES CORP.,
*Petitioner.*

---

Miscellaneous Docket No. 990

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 10-CV-0869, Judge Sue L. Robinson.

---

## ON PETITION

---

## O R D E R

Link_A_Media Corp. submits a petition for a writ of mandamus to direct the United States District Court for the District of Delaware to vacate its June 8, 2011 order denying transfer and to direct the court to transfer the case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Marvell International Ltd. is directed to respond no later than July 15, 2011.

FOR THE COURT

**JUN 2 4 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Deanne E. Maynard, Esq.
Thomas L. Halkowski, Esq.
Clerk, United States District Court for the District of Delaware

s19

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**JUN 2 4 2011**

**JAN HORBALY**
**CLERK**